# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA,

                              Plaintiff,

-vs-                                          Case No.  6:10-cv-1442-Orl-28DAB

NATIONAL BUSINESS INFORMATION
CORPORATION,
                              Defendant.
_____

# ORDER

This case is before the Court on Plaintiff's Motion for Entry of a Default Judgment by the Clerk (Doc. No. 8) filed February 7, 2011.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.     That the Report and Recommendation filed February 28, 2011 (Doc. No. 9) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     Plaintiff's Motion for Entry of a Default Judgment is **GRANTED**.

3.     The Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant National Business Information Corporation in the amount of $153,000.00 and to thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___22nd___ day of March, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge